**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00193-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID SCHMAUDER,

    Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

This matter is before the Court upon appearance by counsel via telephone conference. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **April 30, 2010** and responses to these motions shall be filed by **May 10, 2010**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **May 27, 2010 at 9:00 a.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set for **June 7, 2010 at 9:00 a.m.**, in Courtroom A602.

    DATED: April __16__, 2010

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge